ORIGINAL

FILED
08 MAR -3 AM 9:50

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  KAREN P. HEWITT
   United States Attorney
2  BRUCE C. SMITH
   Assistant U.S. Attorney
3  California State Bar No. 078225
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619)557-6963

6  Attorneys for Plaintiff
   United States of America

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        )   Civil No. 08 CV 0394 WQH CAB
                                    )
11                  Plaintiff,      )   VERIFIED COMPLAINT
                                    )   FOR FORFEITURE
12      v.                          )
                                    )
13 SIGNED PERSONAL CHECK NO.730     )
   OF YUBRAN S MESLE, DRAWN         )
14 FROM BANK OF AMERICA ACCOUNT     )
   NO. 09672 67676 IN THE           )
15 AMOUNT OF $240,000.00 IN         )
   U.S. CURRENCY;                   )
16                                  )
   SIGNED PERSONAL CHECK NO.1004    )
17 OF YUBRAN S MESLE, DRAWN         )
   FROM WELLS FARGO BANK ACCOUNT    )
18 NO. 3572585739 IN THE AMOUNT     )
   OF $5,000.00 IN U.S. CURRENCY;   )
19                                  )
   SIGNED PERSONAL CHECK NO.1040    )
20 OF YUBRAN S MESLE, DRAWN         )
   FROM BANK OF AMERICA ACCOUNT     )
21 NO. 24547 67190, NO AMOUNT       )
   STATED;                          )
22                                  )
   $197,031.14 IN U.S. CURRENCY     )
23 SEIZED FROM BANK OF AMERICA      )
   ACCOUNT NO. 09672 67676 ON       )
24 FEBRUARY 22,2008;                )
                                    )
25 $1,598.21 IN U.S. CURRENCY       )
   SEIZED FROM WELLS FARGO BANK     )
26 ACCOUNT NO. 3572585739 ON        )
   FEBRUARY 22,2008.                )
27                                  )
                Defendants.         )
28 _____  )



Plaintiff, the United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney and Bruce C. Smith, Assistant U.S. Attorney, brings this verified complaint and alleges as follows against Defendants:

a.) SIGNED PERSONAL CHECK NO. 730 OF YUBRAN S. MESLE, DRAWN FROM BANK OF AMERICA ACCOUNT NO. 09672 67676 IN THE AMOUNT OF $240,000.00 IN U.S. CURRENCY;

b.) SIGNED PERSONAL CHECK NO. 1004 OF YUBRAN S. MESLE, DRAWN FROM WELLS FARGO BANK ACCOUNT NO. 3572585739 IN THE AMOUNT OF $5,000.00 IN U.S. CURRENCY;

c.) SIGNED PERSONAL CHECK NO. 1040 OF YUBRAN S MESLE, DRAWN FROM BANK OF AMERICA ACCOUNT NO. 24547 67190, NO AMOUNT STATED (the checks may hereinafter be referred to as the "defendant monetary instruments"),

d.) $197,031.14 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NO. 09672 67676, ON FEBRUARY 22, 2008; and

e.) $1,598.21 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 357258739, ON FEBRUARY 22, 2008 (hereinafter collectively referred to as "defendant currency"), in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction over this action by virtue of the provisions of Title 28, United States Code, Section 1355(b)(1), because the acts and omissions giving rise to the forfeitures occurred in this district.

///
///

2. Venue is proper in this district pursuant to Title 28, United States Code, Section 1395(b) because the defendant monetary instruments were found in this district.

## Facts

3. On November 8, 2007, Ata Z. Dighlawi (hereinafter referred to as "Dighlawi") entered the United States from Mexico at the Port of Entry, San Ysidro, California driving a 2007 GMC Silverado pick-up truck, bearing California license plates. He was accompanied by a single passenger, Ahmad Ayesh (hereinafter referred to as "Ayesh"). Dighlawi and Ayesh were greeted at the primary vehicle inspection booth by Customs and Border Protection ("CBP") Officer Cayas. Dighlawi presented his California driver's license. Both men declared themselves United States citizens. When asked, Dighlawi declared he was bringing nothing from Mexico. Officer Cayas repeated his inquiry. Dighlawi again insisted he was bringing nothing into this country from Mexico. Meanwhile, Officer Cayas queried Dighlawi's name in a CBP computer database. The officer received a positive response from the computer system, indicating Dighlawi had a criminal history involving fraud. The two travelers were referred to the vehicle secondary lot for a more thorough inspection.

4. Upon the arrival of Diglawi and Ayesh in the secondary lot, responsibility for their inspection was assumed by CBP Officer Richardson. The officer entered the GMC Silverado truck and opened the center console located between the driver and front passenger seat. He discovered a grey plastic bag containing approximately 29 credit cards. A quick examination of the credit cards revealed they were issued by an assortment of credit card

1 companies. The cards bore a variety of account numbers, and were
2 issued in the names of persons other than the occupants of the
3 vehicle.
4    5.   Also discovered in the center console were the three
5 defendant monetary instruments. All three defendant monetary
6 instruments were personal checks in the name of "Yubran S. Mesle."
7 Each was drawn on a different bank account. The first defendant
8 monetary instrument is check number 730, drawn on Bank of America
9 account 09672 67676. The check is dated November 28, 2007. The
10 payee line is blank. The check is made payable in the amount of
11 two hundred forty thousand dollars ($240,000.00) in U.S. currency.
12 The payor's signature appears on the line at the bottom right of
13 the instrument. The second defendant monetary instrument is check
14 number 1004, drawn on Wells Fargo Bank account 3572585739. The
15 check is dated November 10, 2007. The payee line is blank. The
16 check is made payable in the amount of five thousand dollars
17 ($5,000.00) in U.S. currency. The payor's signature appears on the
18 line at the bottom right of the instrument. The third defendant
19 monetary instrument is check number 1040, drawn on Bank of America
20 account 24547 67190. The check is undated. The payee line is
21 blank. The portion of the check specifying the amount to be paid
22 is blank. The payor's signature appears on the line at the bottom
23 right of the instrument.
24    6.   Dighlawi was advised of his Fifth Amendment rights
25 pursuant to <u>Miranda v. Arizona</u> by an Immigration and Customs
26 Enforcement (hereinafter referred to as "ICE") agent. He
27 acknowledged his rights, waived them, and agreed to discuss with
28 the agent the circumstances surrounding his possession of the

three monetary instruments. Dighlawi explained that on an unspecified date he loaned money to Yubran S. Mesle (hereinafter referred to as "Mesle"), the payor on all three defendant monetary instruments. Mesle presented the defendant check number 730, payable in the amount of $240,000.00 in United States currency, to Dighlawi with instructions to cash it at the end of the month. Mesle also delivered the defendant monetary instrument, check number 1004, payable in the amount of $5,000.00 in United States currency to Dighlawi with instructions to cash it on Saturday November 10, 2007 or Monday November 12, 2007.

7. Dighlawi was advised that his knowing and intentional failure to file a report revealing his possession of the three monetary instruments of more than $10,000.00 upon entering the United States from Mexico constituted a violation of Title 31, United States Code, Sections 5316(a)(1)(B) and 5324(c)(1), failure to file reports on importing monetary instruments. The three defendant monetary instruments were seized at the port of entry. Dighlawi and Ayesh were permitted to continue on their journey.

8. The three defendant monetary instruments were undeclared as they were transported by Dighlawi into the United States from Mexico. As such, they constitute monetary instruments involved in the undeclared importation of monetary instruments greater than $10,000.00, a violation of Title 31, United States Code, Sections 5316(a)(1)(A) and 5324(c)(1).

9. Further, as a result of the foregoing the funds on deposit in the two defendant bank accounts up to the dollar amount face value of the respective monetary instruments, are subject to forfeiture to the United States pursuant to Title 31,

1 | United States Code, Section 5317(c)(2) as property involved in or
2 | property traceable to property involved in the November 8, 2007
3 | violations of Title 31 United States Code, Sections 5316(a)(1)(A)
4 | and 5324(c)(1).
5 |     10. On February 21, 2008, a U.S. Magistrate Judge issued
6 | two seizure warrants ordering the seizure of the funds on deposit
7 | in two bank accounts. The first warrant ordered the seizure of
8 | funds up to the amount of $240,000.00 in U.S. currency on deposit
9 | in Bank of America Account No. 09672 67676, the account on which
10 | defendant check No. 730 was drawn. The second warrant ordered the
11 | seizure of funds up to the amount of $5,000.00 in U.S. currency on
12 | deposit in Wells Fargo Bank Account No. 3572585739, the account on
13 | which defendant check No. 1004 was drawn.
14 |     11. On or about February 22, 2008, acting on authority of
15 | the seizure warrants, ICE agents seized $197,031.14 in U.S.
16 | Currency from Bank of America Account No. 09672 67676, and
17 | $1,598.21 in U.S. Currency from Wells Fargo Bank Account
18 | No. 3572585739. The funds seized were those on deposit in the two
19 | defendant bank accounts.
20 |     12. The three defendant monetary instruments, and
21 | $197,031.14 in U.S. Currency seized from Bank of America Account
22 | No. 09672 67676, and $1,598.21 in U.S. Currency seized from Wells
23 | Fargo Bank Account No. 3572585739 are presently stored or
24 | deposited within the jurisdiction of this Court.
25 |     WHEREFORE, the United States prays that due process issue to
26 | enforce the forfeiture of the defendant monetary instruments, and
27 | $197,031.14 in U.S. Currency seized from Bank of America Account
28 | No. 09672 67676, and $1,598.21 in U.S. Currency seized from Wells

1  Fargo Bank Account No. 3572585739, and that due notice be given to
2  all interested parties to appear and show cause why said
3  forfeiture should not be declared.
4      DATED: March 3, 2008.

KAREN P. HEWITT
United States Attorney

BRUCE C. SMITH
Assistant U.S. Attorney

## VERIFICATION

I, Lisa Tracy, state and declare as follows:

1. I am a Senior Special Agent with Immigration and Customs Enforcement and am the case agent assigned to this investigation.

2. I have read the foregoing complaint and know its contents.

3. The facts set forth in the complaint are based upon my own knowledge or were facts furnished to me by official Government sources.

Based on this information, I believe the allegations in the complaint to be true.

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed on March 3, 2008

*[signature]*

LISA TRACY, SENIOR SPECIAL AGENT
IMMIGRATION & CUSTOMS ENFORCEMENT

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

ORIGINAL

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

FILED

**I (a) PLAINTIFFS**

UNITED STATES OF AMERICA

**DEFENDANTS**

SIGNED PERSONAL CHECK NO. 130 OF YUBRAN S MESLE, DRAWN FROM BANK OF AMERICA ACCOUNT NO. 09672 67676, ET. AL.

08 MAR -3 AM 9:50
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** [Defendant]
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

BRUCE C. SMITH, U.S. Attorney's Office
880 FRONT STREET, RM 6293
SAN DIEGO, CA 92101-8893
(619) 557-6963

**ATTORNEYS (IF KNOWN)**

'08 CV 0394 WQH CAB

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)** (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

TITLE 21, UNITED STATES CODE, SECTION 5317(C)(2)

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product | | ☐ 625 Drug Related of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & | ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC |
| ☐ 150 Recovery of & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced Corrupt Organizations |
| ☐ 152 Recovery of Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 650 Airline Regs | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☒ 660 Occupational | ☐ 861 HIA (13958) | ☐ 850 Exchange |
| | | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | ☐ 355 Motor Vehicle Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge |
| ☐ Other Contract | ☐ 360 Other Personal | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Disclosure Act | FEDERAL TAX SUITS | ☐ 893 Environmental |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. or Defendant) | ☐ 894 Energy Allocation |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of |
| ☐ 230 Rent Lease & | ☐ 443 | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 900 Appeal of Fee Under Equal Access to |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory |
| ☐ 290 All Other Real | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding
☐ 2 Removal from State Court
☐ 3 Remanded from Appelate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See JUDGE

Docket Number

DATE March 3, 2008

SIGNATURE OF ATTORNEY OF RECORD