ORIGINAL

```
 1  KAREN P. HEWITT
    United States Attorney
 2  BRUCE C. SMITH
    Assistant U.S. Attorney
 3  California State Bar No. 078225
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  Telephone: (619)557-6963

 6  Attorneys for Plaintiff
    United States of America
 7
```

FILED
08 MAR -3 AM 9:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:          DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>SIGNED PERSONAL CHECK NO.730 )<br>OF YUBRAN S MESLE, DRAWN )<br>FROM BANK OF AMERICA ACCOUNT )<br>NO. 09672 67676 IN THE )<br>AMOUNT OF $240,000.00 IN )<br>U.S. CURRENCY; )<br>)<br>SIGNED PERSONAL CHECK NO.1004 )<br>OF YUBRAN S MESLE, DRAWN )<br>FROM WELLS FARGO BANK ACCOUNT )<br>NO. 3572585739 IN THE AMOUNT )<br>OF $5,000.00 IN U.S. CURRENCY;)<br>)<br>SIGNED PERSONAL CHECK NO.1040 )<br>OF YUBRAN S MESLE, DRAWN )<br>FROM BANK OF AMERICA ACCOUNT )<br>NO. 24547 67190, NO AMOUNT )<br>STATED; )<br>)<br>$197,031.14 IN U.S. CURRENCY )<br>SEIZED FROM BANK OF AMERICA )<br>ACCOUNT NO. 09672 67676 ON )<br>FEBRUARY 22,2008; )<br>)<br>$1,598.21 IN U.S. CURRENCY )<br>SEIZED FROM WELLS FARGO BANK )<br>ACCOUNT NO. 3572585739 ON )<br>FEBRUARY 22,2008. )<br>)<br>Defendants. )<br>) | Civil No. 08 CV 0394 WQH CAB<br><br>EX PARTE MOTION TO APPOINT<br>THE U.S. CUSTOMS AND BORDER<br>PROTECTION AS CUSTODIAN AND<br>TO DEPOSIT DEFENDANTS IN<br>SEIZED ASSETS DEPOSIT ACCOUNT<br>AND TO SUBSTITUTE THE <u>RES</u> |



COMES NOW the Plaintiff, United States of America, and moves this Court, pursuant to General Order 273 issued by this Court, for an order appointing the United States Customs and Border Protection as custodian of the Defendant upon execution of the warrant of arrest <u>in</u> <u>rem</u>. In support of this motion, Plaintiff states as follows:

1. The United States Customs and Border Protection has been staffed with personnel experienced in providing for the management of properties such as the Defendants in this case.

2. The United States Customs and Border Protection has consented to assume responsibility for the protection, maintenance, and safety of the Defendants during the period the same remains in <u>custodia</u> <u>legis</u>.

3. The continued custody of the United States Customs and Border Protection following execution of the warrant of arrest <u>in</u> <u>rem</u> is necessary and in the best interests of the Plaintiff in this case, given the nature of the Defendants and the expertise within the United States Customs and Border Protection to provide for the management, protection and preservation of the Defendants.

4. The United States Customs and Border Protection has established an account, the Seized Assets Deposit Account, for the deposit of seized currencies until further order of the Court. It is further requested that the United States Customs and Border Protection place the Defendants in the Seized Assets Deposit Account administered by the United States Customs and Border Protection. In the event any of the Defendants are ordered to be returned to any claimant, the Court may order the payment of interest thereon. Depositing seized currencies in such an account

is proper.  See, United States v. $57,480.05, 722 F.2d 1457 (9th Cir. 1984) (placing seized cash in bank account was not improper).  The account credit of tangible dollars will constitute an appropriate substitute for the original Defendant currency (res).  Id.

WHEREFORE, Plaintiff respectfully requests, pursuant to General Order No. 273, the appointment of the United States Customs and Border Protection as custodian and that the Defendants be deposited in the aforementioned account and the res be therefore substituted in this action.

DATED: March 3, 2008

KAREN P. HEWITT
United States Attorney

BRUCE C. SMITH
Assistant U.S. Attorney