```
 1   KAREN P. HEWITT
     United States Attorney
 2   BRUCE C. SMITH
     Assistant U.S. Attorney
 3   California State Bar No. 078225
     Federal Office Building
 4   880 Front Street, Room 6293
     San Diego, California 92101-8893
 5   Telephone: (619) 557-6963

 6   Attorneys for Plaintiff
     United States of America
 7
```

FILED

08 MAR -6 AM 9:55

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SIGNED PERSONAL CHECK NO. 730 OF YUBRAN S MESLE, DRAWN FROM BANK OF AMERICA ACCOUNT NO. 09672 67676 IN THE AMOUNT OF $240,000.00 IN U.S. CURRENCY;<br><br>SIGNED PERSONAL CHECK NO. 1004 OF YUBRAN S MESLE, DRAWN FROM WELLS FARGO BANK ACCOUNT NO. 3572585739 IN THE AMOUNT OF $5,000.00 IN U.S. CURRENCY;<br><br>SIGNED PERSONAL CHECK NO. 1040 OF YUBRAN S MESLE, DRAWN FROM BANK OF AMERICA ACCOUNT NO. 24547 67190, NO AMOUNT STATED;<br><br>$197,031.14 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NO. 09672 67676 ON FEBRUARY 22, 2008;<br><br>$1,598.21 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 3572585739 ON FEBRUARY 22, 2008.<br><br>　　　　Defendants. | Civil No.<br><br>'08 CV 0394 WQH CAB<br><br>ORDER APPOINTING U.S. CUSTOMS AS CUSTODIAN AND DEPOSITING DEFENDANT INTO THE SEIZED ASSET DEPOSIT ACCOUNT AND SUBSTITUTING THE RES |

Upon a motion by Plaintiff, United States of America, and it appearing that the United States Customs and Border Protection has consented to assume responsibility for the custody and maintenance of the Defendants during the time they remain in the custody of this Court under its process herein,

IT IS HEREBY ORDERED that upon the arrest of the Defendants, the United States Customs and Border Protection shall be custodian of the Defendants on behalf of this Court until further order, and

IT IS FURTHER ORDERED that the United States Customs and Border Protection shall deposit the Defendants in the Seized Assets Deposit Account which shall be substituted as the *res* in this action.

DATED: 3/5/08

UNITED STATES DISTRICT JUDGE