| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | BRUCE C. SMITH<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 078225<br>Federal Office Building |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone: (619)557-6963<br>E-mail: bruce.smith@usdoj.gov |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, | ) Case No. 08cv0394-WQH(CAB) |
| 11 | Plaintiff, | ) NOTICE OF MOTION AND MOTION<br>) FOR JUDGMENT BY DEFAULT AS TO |
| 12 | v. | ) ALL POTENTIAL CLAIMANTS |
| 13 | SIGNED PERSONAL CHECK NO.730 | ) |
| 14 | OF YUBRAN S MESLE, DRAWN<br>FROM BANK OF AMERICA ACCOUNT | ) |
| 15 | NO. 09672 67676 IN THE<br>AMOUNT OF $240,000.00 IN | ) |
| 16 | U.S. CURRENCY, | ) |
| 17 | SIGNED PERSONAL CHECK NO.1004<br>OF YUBRAN S MESLE, DRAWN | ) DATE: September 2, 2008<br>) TIME: 11:00 a.m. |
| 18 | FROM WELLS FARGO BANK ACCOUNT<br>NO. 3572585739 IN THE AMOUNT | ) CTRM: 4 |
| 19 | OF $5,000.00 IN U.S. CURRENCY, | ) |
| 20 | SIGNED PERSONAL CHECK NO.1040<br>OF YUBRAN S MESLE, DRAWN | ) NO ORAL ARGUMENT PURSUANT<br>) TO LOCAL RULE |
| 21 | FROM BANK OF AMERICA ACCOUNT<br>NO. 24547 67190, NO AMOUNT | ) |
| 22 | STATED, | ) |
| 23 | $197,031.14 IN U.S. CURRENCY<br>SEIZED FROM BANK OF AMERICA | ) |
| 24 | ACCOUNT NO. 09672 67676 ON<br>FEBRUARY 22,2008, | ) |
| 25 | $1,598.21 IN U.S. CURRENCY<br>SEIZED FROM WELLS FARGO BANK | ) |
| 26 | ACCOUNT NO. 3572585739 ON<br>FEBRUARY 22,2008, | ) |
| 27 | Defendants. | ) |
| 28 | | ) |

| | |
|---|---|
| 1 | TO:  ALL POTENTIAL CLAIMANTS, including those listed on attached certificate of service: |
| 2 | |
| 3 | PLEASE TAKE NOTICE that on September 2, 2008, at 1100 a.m., or as soon thereafter |
| 4 | as counsel may be heard, before the Honorable William Q. Hayes, United States District Court, |
| 5 | Courtroom 4, 940 Front Street, San Diego, California, Plaintiff, United States of America, by and |
| 6 | through its attorneys, Karen P. Hewitt, United States Attorney, and Bruce C. Smith, Assistant |
| 7 | United States Attorney, will move the Court, pursuant to Rule 55(b)(2), Federal Rules of Civil |
| 8 | Procedure, for a judgment by default in the instant case as to the interest of all potential claimants. |
| 9 | This motion is based on the files and records of this case, including the attached |
| 10 | Memorandum of Points and Authorities (Exhibit 1), the Clerk's Entry of Default dated June 10, |
| 11 | 2008 (Exhibit 2), and Declaration of Bruce C. Smith (Exhibit 3). |
| 12 | DATED: July 18, 2008 |

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

 s/Bruce C. Smith

BRUCE C. SMITH
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
Email: bruce.smith@usdoj.gov

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,  )  Case No. 08cv0394-WQH(CAB)
          Plaintiff,  )  CERTIFICATE OF SERVICE
         v.  )
SIGNED PERSONAL CHECK NO.730 )
OF YUBRAN S MESLE, DRAWN )
FROM BANK OF AMERICA ACCOUNT )
NO. 09672 67676 IN THE )
AMOUNT OF $240,000.00 IN )
U.S. CURRENCY, et al., )
         Defendants.  )

IT IS HEREBY CERTIFIED that:

    I, Bruce C. Smith, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, CA 92101-8893.

    I am not a party to the above-entitled action. I hereby certify that I have caused to be mailed the NOTICE OF MOTION AND MOTION FOR JUDGMENT BY DEFAULT AS TO ALL POTENTIAL CLAIMANTS and exhibits, by the United States Postal Service, to the following non-ECF participants in this case:

Ata Z. Dighlawi  
39702 Fairview Court  
Murrieta, CA 92563-6540  

Yubran S. Mesle  
11587 Trailway Drive  
Riverside CA 92505  

Ata Mohamed  
39702 Fairview Court  
Murrieta, CA 92563-6540  

Jubran Dighlawi  
11587 Trailway Drive  
Riverside CA 92505  

Dighlawi Mahbuba  
39702 Fairview Court  
Murrieta, CA 92563-6540  

Jubran Dighlawi  
13646 Lowell Street  
Corona, CA 92880  

Jubran Mesle  
11587 Trailway Drive  
Riverside CA 92505  

These are the last known addresses, at which places there is delivery service of mail from the United States Postal Service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on July 18, 2008.

                                                           s/ Bruce C. Smith  
                                                            BRUCE C. SMITH