# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>          Plaintiff,<br><br>vs<br><br>Signed Personal Check No. 730 of Yubran S Mesle et al<br><br>          Defendants, | Civil No.  08cv394-WQH-CAB<br>DEFAULT |

  It appears from the records in the above entitled action that Notices of Judicial Forfeiture Proceedings and copies of the Original Complaint filed on 3/3/08 were sent by certified mail to Potential Claimants; and it appears from the records herein that All Potential Claimants have failed to plead or otherwise defend in said action as provided by the Federal Rules of Civil Procedure. Now, therefore, the DEFAULT of each of the following Defendants is hereby entered.

  All Potential Claimants

**Entered On:** June 10, 2008          W. SAMUEL HAMRICK, JR., CLERK

            By:     s/M. Cruz
                 M. Cruz, Deputy

**EXHIBIT 2**