| | |
|---|---|
| 1 | KAREN P. HEWITT<br>United States Attorney |
| 2 | BRUCE C. SMITH<br>Assistant U.S. Attorney |
| 3 | California State Bar No. 078225<br>Federal Office Building |
| 4 | 880 Front Street, Room 6293<br>San Diego, California 92101-8893 |
| 5 | Telephone: (619)557-6963<br>E-mail: bruce.smith@usdoj.gov |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cv0394-WQH(CAB) |
| | ) | |
| Plaintiff, | ) | DECLARATION OF BRUCE C. SMITH |
| | ) | IN SUPPORT OF MOTION FOR DEFAULT |
| v. | ) | JUDGMENT |
| | ) | |
| SIGNED PERSONAL CHECK NO.730 | ) | |
| OF YUBRAN S MESLE, DRAWN | ) | |
| FROM BANK OF AMERICA ACCOUNT | ) | |
| NO. 09672 67676 IN THE | ) | |
| AMOUNT OF $240,000.00 IN | ) | |
| U.S. CURRENCY, | ) | |
| | ) | |
| SIGNED PERSONAL CHECK NO.1004 | ) | |
| OF YUBRAN S MESLE, DRAWN | ) | |
| FROM WELLS FARGO BANK ACCOUNT | ) | |
| NO. 3572585739 IN THE AMOUNT | ) | |
| OF $5,000.00 IN U.S. CURRENCY, | ) | |
| | ) | |
| SIGNED PERSONAL CHECK NO.1040 | ) | |
| OF YUBRAN S MESLE, DRAWN | ) | |
| FROM BANK OF AMERICA ACCOUNT | ) | |
| NO. 24547 67190, NO AMOUNT | ) | |
| STATED, | ) | |
| | ) | |
| $197,031.14 IN U.S. CURRENCY | ) | |
| SEIZED FROM BANK OF AMERICA | ) | |
| ACCOUNT NO. 09672 67676 ON | ) | |
| FEBRUARY 22,2008, | ) | |
| | ) | |
| $1,598.21 IN U.S. CURRENCY | ) | |
| SEIZED FROM WELLS FARGO BANK | ) | |
| ACCOUNT NO. 3572585739 ON | ) | |
| FEBRUARY 22,2008, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**EXHIBIT 3**

1     I, Bruce C. Smith, declare:

2     1.    I am the Assistant United States Attorney primarily responsible for the prosecution of this case. I have prepared this Declaration based upon my review of the Court's docket and the file maintained by the U.S. Attorney's office with respect to this case.

    2.    On March 3, 2008, a Complaint for Forfeiture was filed in the above action in the United States District Court for the Southern District of California against the above defendants. On March 11, 2008, the defendants were seized and arrested by a duly authorized agent of the United States Customs and Border Protection, who thereafter took possession and custody of the defendants, pursuant to the Court's Order appointing United States Customs and Border Protection as custodian, dated March 6, 2008.

    3.    On March 6, 2008, Notice of Judicial Forfeiture Proceedings and a copy of the Complaint for Forfeiture were sent by certified mail to the following potential claimants at their addresses of record:

| Name and Address | Article No. | Result |
| --- | --- | --- |
| Ata Z. Dighlawi<br>39702 Fairview Court<br>Murrieta, CA 92563-6540 | 7004 2510 0003 3014 6394 | Delivered on 3/8/08 per USPS track & confirm |
| Ata Mohamed<br>39702 Fairview Court<br>Murrieta, CA 92563-6540 | 7004 2510 0003 3014 6387 | Delivered on 3/17/08 per USPS track & confirm |
| Dighlawi Mahbuba<br>39702 Fairview Court<br>Murrieta, CA 92563-6540 | 7004 2510 0003 3014 6370 | Delivered on 3/8/08 per USPS track & confirm |
| Jubran Mesle<br>11587 Trailway Drive<br>Riverside CA 92505 | 7004 2510 0003 3014 6363 | Delivered on 3/8/08 per USPS track & confirm |
| Yubran S. Mesle<br>11587 Trailway Drive<br>Riverside CA 92505 | 7004 2510 0003 3014 6356 | Delivered on 3/8/08 per USPS track & confirm |
| Jubran Dighlawi<br>11587 Trailway Drive<br>Riverside CA 92505 | 7004 2510 0003 3014 6417 | Delivered on 3/8/08 per USPS track & confirm |
| Jubran Dighlawi<br>13646 Lowell Street<br>Corona, CA 92880 | 7004 2510 0003 3014 6400 | Delivered on 3/24/08 per USPS track & confirm |

4. On April 4, 16 and 23, 2008, pursuant to Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Claims and Asset Forfeiture Actions, notice was published in the San Diego Commerce newspaper.

5. From the time of said notice, no claim or answer has been filed regarding the above-named defendants by anyone.

6. On June 9, 2008, a Declaration of and Request for Clerk's Entry of Default was filed in this case. A Clerk's Entry of Default was issued on June 10, 2008, and a copy is attached to the Motion as Exhibit 2.

I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge and belief.

DATED: July 18, 2008.

s/ Bruce C. Smith

BRUCE C. SMITH
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
Email: bruce.smith@usdoj.gov