1  RICHARD M. BARNETT, Esq.
   A Professional Law Corporation
2  SBN #65132
   105 West F Street, 4th Floor
3  San Diego, CA 92101
   Telephone: (619) 231-1182

4

5  Attorney for Claimant
   YUBRAN MESLE

6

7                      UNITED STATES DISTRICT COURT

8                    SOUTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,          )    Case No. 08-CV-0394-WQH(CAB)
                                      )
11              Plaintiff,            )    **CLAIM OF YUBRAN MESLE**
                                      )
12         v.                         )
                                      )
13 SIGNED PERSONAL CHECK NO. 730      )
14 OF YUBRAN S. MESLE, DRAWN          )
   FROM BANK OF AMERICA ACCOUNT       )
15 NO. 09672 67676 IN THE             )
   AMOUNT OF $240,000.00 IN           )
16 U.S. CURRENCY;                     )
                                      )
17 SIGNED PERSONAL CHECK NO. 1004     )
18 OF YUBRAN S. MESLE, DRAWN          )
   FROM WELLS FARGO ACCOUNT           )
19 NO. 3572585739 IN THE AMOUNT       )
   OF $5,000.00 IN U.S. CURRENCY      )
                                      )
20 SIGNED PERSONAL CHECK NO. 1040     )
21 OF YUBRAN S. MESLE, DRAWN          )
   FROM BANK OF AMERICA ACCOUNT       )
22 NO. 24547 67190, NO AMOUNT         )
   STATED;                            )
                                      )
23 $197,031.14 IN U.S. CURRENCY       )
   SEIZED FROM BANK OF AMERICA        )
24 ACCOUNT NO. 09672 67676 ON         )
   FEBRUARY 22, 2008;                 )
25                                    )
   $1,598.21 IN U.S. CURRENCY         )
26 SEIZED FROM WELLS FARGO BANK       )
   ACCOUNT NO. 3572585739 ON          )
27 FEBRUARY 22, 2008.                 )
                                      )
28              Defendants.           )
   _____)

                                     1

1        Pursuant to Rule G(5) of the Supplemental Rules, Federal Rules of Civil Procedure, I, YUBRAN

2   MESLE, hereby demand the return and restitution of the defendant property, and claim the right to

3   defend this action as an owner of the seized property.

4        I declare under penalty of perjury the foregoing is true and correct.

5        Executed this 7th day of August, 2008, at San Diego, CA.

6

7                            YUBRAN MESLE, Claimant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, RICHARD M. BARNETT, do hereby state:

That I am a citizen of the United States, over the age of eighteen years, and not a party to the within action.

That my business address is 105 West F Street, 4th Floor, San Diego, California.

That on August 7, 2008, I have caused service of Claim of Yubran Mesle on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies said party:

1.  Bruce C. Smith, Assistant U.S. Attorney, Attorney for Plaintiff.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of August, 2008,  at San Diego, California.


s/ Richard M. Barnett
RICHARD M. BARNETT