```
                                          FILED

                                      10 SEP 29 PM 2:11

                                     CLERK. U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA

                                     BY:                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil No. 08cv0394-WQH(CAB) |
| Plaintiff, | JUDGMENT OF FORFEITURE |
| v. | |
| SIGNED PERSONAL CHECK NO.730 OF YUBRAN S MESLE, DRAWN FROM BANK OF AMERICA ACCOUNT NO. 09672 67676 IN THE AMOUNT OF $240,000.00 IN U.S. CURRENCY; | |
| SIGNED PERSONAL CHECK NO.1004 OF YUBRAN S MESLE, DRAWN FROM WELLS FARGO BANK ACCOUNT NO. 3572585739 IN THE AMOUNT OF $5,000.00 IN U.S. CURRENCY; | |
| SIGNED PERSONAL CHECK NO.1040 OF YUBRAN S MESLE, DRAWN FROM BANK OF AMERICA ACCOUNT NO. 24547 67190, NO AMOUNT STATED; | |
| $197,031.14 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NO. 09672 67676 ON FEBRUARY 22, 2008; | |
| $1,598.21 IN U.S. CURRENCY SEIZED FROM WELLS FARGO BANK ACCOUNT NO. 3572585739 ON FEBRUARY 22, 2008. | |
| Defendants. | |

Having reviewed the Joint Motion For Judgment of Forfeiture of Defendants Currency and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Joint Motion is approved.

1. $147,031.14 in United States currency of the defendant $197,031.14 in United States currency shall be transferred to the Law Office of Richard M. Barnett, Esq., 105 West "F" Street, 4th Floor, San Diego, California, 92101, Client Trust Account.

2. The remainder of the defendant $197,031.14 in United States currency, consisting of $50,000.00 in United States currency, is hereby condemned and forfeited to the United States.

3. Defendant $1,598.21 in United States currency shall be transferred to the Law Office of Richard M. Barnett, Esq., 105 West "F" Street, 4th Floor, San Diego, California, 92101, Client Trust Account.

4. Any costs incurred by the United States incident to the seizure, custody, and forfeiture of the defendants currency shall be borne by the United States.

5. Claimant Yubran Mesle has agreed that by entering into the joint motion, he has not "substantially prevailed" within the meaning of Title 28, United States Code, Section 2465. The parties shall bear their own costs and expenses, including all attorney fees.

6. The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465.

7. The terms of this settlement do not affect the tax obligations, fines, penalties, or any other monetary obligations the claimant may owe to the United States.

1     8. The claimant, his agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure and custody of the defendants currency.

    9. This case is hereby ordered closed. Let judgment be entered accordingly.

DATED: 9/29/10

HON. WILLIAM Q. HAYES
UNITED STATES DISTRICT COURT